# Order

Michigan Supreme Court
Lansing, Michigan

December 30, 2014

147469

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONTEZ MARC TILLMAN,
      Defendant-Appellant.

SC: 147469
COA: 296267
Oakland CC: 2009-224546-FC

_____/

      By order of February 28, 2014, the application for leave to appeal the May 30, 2013 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Eliason* (Docket No. 147428) and *People v Davis* (Docket No. 146819). On order of the Court, the cases having been decided on July 8, 2014, sub nom *People v Carp*, 496 Mich 440 (2014), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2014



Clerk

s1215